IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Hebbel, Jeff R | Case Number: 08 B 11240 |
|---|---|
| | Judge: Squires, John H |
| Printed: 02/17/09 | Filed: 5/2/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: January 7, 2009
Confirmed:  August 13, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 5,180.00 | |
| Secured: | | 2,867.01 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,975.00 |
| Trustee Fee: | | 337.99 |
| Other Funds: | | 0.00 |
| Totals: | 5,180.00 | 5,180.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 1,975.00 | 1,975.00 |
| 2. | Dyck O'Neal Inc | Secured | 0.00 | 0.00 |
| 3. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 4. | HSBC Mortgage Services | Secured | 0.00 | 0.00 |
| 5. | HSBC Mortgage Services | Secured | 0.00 | 0.00 |
| 6. | Litton Loan Servicing | Secured | 9,000.00 | 616.12 |
| 7. | Dyck O'Neal Inc | Secured | 32,879.66 | 2,250.89 |
| 8. | Internal Revenue Service | Priority | 4,006.18 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 443.14 | 0.00 |
| 10. | RoundUp Funding LLC | Unsecured | 15.62 | 0.00 |
| 11. | American Express | Unsecured | 1,214.76 | 0.00 |
| 12. | Internal Revenue Service | Unsecured | 1,727.85 | 0.00 |
| 13. | RoundUp Funding LLC | Unsecured | 62.78 | 0.00 |
| 14. | PRA Receivables Management | Unsecured | 113.21 | 0.00 |
| 15. | Peoples Energy Corp | Unsecured | 67.54 | 0.00 |
| 16. | ECast Settlement Corp | Unsecured | 361.43 | 0.00 |
| 17. | Portfolio Recovery Associates | Unsecured | 1,185.62 | 0.00 |
| 18. | RoundUp Funding LLC | Unsecured | 161.38 | 0.00 |
| 19. | Discover Financial Services | Unsecured | 840.04 | 0.00 |
| 20. | Chase Bank USA NA | Unsecured | 47.11 | 0.00 |
| 21. | ECast Settlement Corp | Unsecured | 893.94 | 0.00 |
| 22. | ECast Settlement Corp | Unsecured | 106.54 | 0.00 |
| 23. | American Express Centurion | Unsecured | 541.57 | 0.00 |
| 24. | ECast Settlement Corp | Unsecured | 25.48 | 0.00 |
| 25. | Portfolio Recovery Associates | Unsecured | 95.66 | 0.00 |
| 26. | Education Resources Institute (TERI) | Unsecured | 2,705.45 | 0.00 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Hebbel, Jeff R

Printed: 02/17/09

Case Number: 08 B 11240
Judge: Squires, John H
Filed: 5/2/08

### DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | ECast Settlement Corp | Unsecured | 653.47 | 0.00 |
| 28. | Scholastic Inc | Unsecured | 30.33 | 0.00 |
| 29. | Illinois Student Assistance Commission | Unsecured | 707.19 | 0.00 |
| 30. | Illinois Dept of Revenue | Priority | | No Claim Filed |
| 31. | GEMB | Unsecured | | No Claim Filed |
| 32. | Advocate Illinois Masonic | Unsecured | | No Claim Filed |
| 33. | Dennis Callahan & Assoc PC | Unsecured | | No Claim Filed |
| 34. | HSBC | Unsecured | | No Claim Filed |
| 35. | Edfinancial Services | Unsecured | | No Claim Filed |
| 36. | Collection | Unsecured | | No Claim Filed |
| 37. | NW Collector | Unsecured | | No Claim Filed |
| 38. | University Of Minnesota | Unsecured | | No Claim Filed |
| 39. | SST | Unsecured | | No Claim Filed |
| 40. | US Cellular | Unsecured | | No Claim Filed |
| | | | $ 59,860.95 | $ 4,842.01 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 252.52 |
| 6.6% | 85.47 |
| | $ 337.99 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:



Page 2